IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VINH TRAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-558-O |
| ALLSTATE INDEMNITY COMPANY et al., | § § § § | |
| Defendants. | § § § | |

**ORDER**

Before the Court is Parties' Joint Motion to Remand (ECF No. 5), filed August 27, 2015. Having considered the motion, the Court finds that it should be **GRANTED**. The Order for expedited briefing is therefore withdrawn and this case is remanded to the 141st Judicial District Court of Tarrant County, Texas.

**SO ORDERED** on this **1st day** of **September, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE